

**New York | Los Angeles | Philadelphia | Miami | New Jersey**

July 27, 2021

<u>VIA ECF</u>
The Honorable Judge Martin Glenn
U.S. Bankruptcy Court
One Bowling Green
New York, NY 10004

   **Re:** *Dulce Garcia v. Nosson Sklar*, Adv. Pro No. 20-01318
      **Status Letter**

Dear Judge Glenn,

  Pursuant to Your Honor's directive, Plaintiff Dulce Garcia is submitting this status letter.

  The parties have not resolved this matter although settlement discussions are on-going.

  Plaintiff is available to conduct her deposition next Monday, August 2, 2021 at any time. Defendant's counsel could not be reached to confirm a date for Plaintiff's deposition.

Sincerely,

**DEREK SMITH LAW GROUP, PLLC**

<u>*/s/ Alexander G. Cabeceiras*</u>
Alexander G. Cabeceiras, Esq.
One Penn Plaza, Suite 4905
New York, New York 10119